Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ALVES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BGIN ENTERPRISES, LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. **2:17-cv-00104-PA-PJW** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 17th day of April, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 17th day of April, 2017, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 17th day of April, 2017, via the ECF system to:

Honorable Percy Anderson
Judge of the United States District Court
Central District of California

Copy sent via mail on this 17th day of April, 2017, to:

Scott Shaffer
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
*Attorney for Defendant*

By: /s/Todd M. Friedman
       Todd M. Friedman